BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $18,928.00 IN U.S. CURRENCY,<br><br>　　　　　Defendants. | 2:14-CV-02765-MCE-KJN<br><br>REQUEST AND ORDER TO CONTINUE JOINT STATUS REPORT DEADLINE |

　　　　The United States requests that the Court extend the deadline to file a Joint Status Report ("JSR") from February 6, 2015 to April 7, 2015.

**Introduction**

　　　　On November 25, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("defendant currency") based on its alleged involvement in federal drug law violations (ECF #1).  All known potential claimants to the defendant property were served in a manner consistent with *Dusenbery v. United States*, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 4, 2014 and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of Publication was filed on January 9, 2015 (ECF #7).  Potential claimant Kurt

A. Przygoda ("Przygoda") filed a claim on January 5, 2015 (ECF #6).

**Good Cause**

The United States granted an extension for potential claimant Przygoda to file an answer in this case. The United States and counsel for Przygoda have held preliminary settlement discussions. Once Przygoda has answered the complaint, the parties will meet and confer regarding discovery, scheduling and other issues, and file a joint status report.

For these reasons, the United States seeks to continue the deadline to file a Joint Status Report from February 6, 2015 to April 7, 2015, or to another date the Court deems appropriate.

Dated: February 3, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: February 3, 2015

/s/Lisa B. Meier
LISA B. MEIER
Attorney for Claimant
Kurt A. Przygoda

**ORDER**

Pursuant to the United States' request and good cause appearing, the deadline to file a joint status report is continued from February 6, 2015 to April 7, 2015.

IT IS SO ORDERED.

Dated: February 4, 2015

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT