BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $18,928.00 IN U.S. CURRENCY,<br><br>　　　　　Defendant. | 2:14-CV-02765-MCE-KJN<br><br>STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT |

　　　　The United States and claimant Kurt Przygoda ("Przygoda"), through undersigned counsel, stipulate and request the Court continue the deadline to file a Joint Status Report from April 7, 2015 to June 8, 2015.

　　　　On November 25, 2014, the United States filed a civil forfeiture complaint against the above-captioned currency ("Defendant Currency") based on its alleged involvement in federal drug law violations.  All known potential claimants to the defendant properties were served in a manner consistent with Dusenbery v. United States, 534 U.S. 161, 168 (2002) and the applicable statutory authority.  Additionally, public notice on the official internet government forfeiture site, www.forfeiture.gov, began on December 4, 2014, and ran for thirty consecutive days, as required by Rule G(4)(a)(iv)(C) of Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions.  A Declaration of

Publication was filed on January 9, 2015 (Doc. 7). Potential claimant Przygoda was served on February 17, 2015 (ECF No. 10).

On January 5, 2015, Przygoda filed a claim alleging an interest in the defendant currency (ECF No. 6). No other party has entered this case and the United States has provided notice to all potential claimants pursuant to law.

The United States is in settlement negotiations with Przygoda and expects to file settlement documents within the extension period. Otherwise, the parties will meet and confer, and jointly prepare a joint status report.

There is good cause to continue the initial scheduling conference and deadline to file a joint status report.

Dated: 4/3/15

BENJAMIN B. WAGNER
United States Attorney

By:   /s/ Jeffrey A. Spivak
JEFFREY A. SPIVAK
Assistant U.S. Attorney

Dated: 4/3/15

/s/ Lisa B. Meier
LISA B. MEIER
Attorney for Claimant Kurt Przygoda

(Authorized via email)

## ORDER

Pursuant to the parties' stipulation, the deadline to file a Joint Status Report currently due on April 7, 2015 IS CONTINUED to June 8, 2015.

**IT IS SO ORDERED.**

Dated: April 7, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT